UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| IN RE: | : CASE NO: 17-04359-RSM |
|---|---|
| | : CHAPTER: 13 |
| | : |
| **MARY PATRICIA SPANN** | : |
|    Debtor | : |
| | : |

**WITHDRAWAL OF RESPONSE TO MOTION TO DISALLOW
THE CLAIM OF WILMINGTON SAVINGS FUND SOCIETY, FSB**

Comes now Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1, a secured creditor of the above-named Debtor, and respectfully requests that the Response to Motion to Disallow the Claim of Wilmington Savings Fund Society, FSB, as Trustee (Payee ShellPoint Mortgage Servicing) (Court Claim 1) and, in the Alternative Request to Determine Amount Necessary to Cure the Default filed in the above-styled case on October 16, 2017 (Dkt. # 31) be **WITHDRAWN**.

    This 9th day of March, 2018

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

      I, Natalie Brown of Rubin Lublin TN, PLLC certify that on the 9th day of March, 2018, I caused a copy of the Withdrawal of Response to Motion to Disallow the Claim of Wilmington Savings Fund Society, FSB, as Trustee (Payee ShellPoint Mortgage Servicing) (Court Claim 1) and, in the Alternative Request to Determine Amount Necessary to Cure the Default to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Mary Patricia Spann
828 Joseph Avenue
Nashville, TN 37207

Jon Daniel Long, Esq.
Long, Burnett, & Johnson, PLLC
302 42nd Ave. No.
Nashville, TN 37209

Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203

US Trustee
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203

Executed on 3/9/18
By: /s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor